```
              FILED          RECEIVED
              ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

                    FEB 1 4 2011

              CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
        BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-372-PMP (RJJ) |
| LLASMIN LOZOYA-MENDOZA, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 14, 2011, defendant LLASMIN LOZOYA-MENDOZA pled guilty to Count Five of a Five-Count Criminal Indictment charging her with Money Laundering Conspiracy, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (h).

This Court finds defendant LLASMIN LOZOYA-MENDOZA agreed to the forfeiture of property set forth in Forfeiture Allegations of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant LLASMIN LOZOYA-MENDOZA pled guilty.

The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and (a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1):

      a)      $167,332.81 in United States Currency ("property").

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.

3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.

5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  LLASMIN LOZOYA-MENDOZA in the aforementioned property is forfeited and is vested in the
7  United States of America and shall be safely held by the United States of America until further order
8  of the Court.

9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13 the name and contact information for the government attorney to be served with the petition, pursuant
14 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19 following address at the time of filing:

20  Michael A. Humphreys
    Assistant United States Attorney
21  Daniel D. Hollingsworth
    Assistant United States Attorney
22  Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
23  Las Vegas, Nevada 89101.

24  . . .
25  . . .
26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 14 day of Feb, 2011.

_____
UNITED STATES DISTRICT JUDGE